**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



------------------------------------- x

LILOWTIE PERSAUD, *individually and on behalf* :
*of all others similarly situated,* and TULSIRAM :
PERSAUD, *individually and on behalf of all others* :
*similarly situated,* :
                                   :

                Plaintiff,        :

      -against-                 :

WILLIAM BARR et al.,           :

                Defendants.    :

------------------------------------- x

                       ORDER

              19 Civ. 11275 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Parties' request to extend the deadline for the Government to respond to Plaintiff's complaint from April 19, 2021 to June 18, 2021, (ECF No. 29), is GRANTED.

    The Parties request to adjourn the initial conference set for May 12, 2021 until June 30, 2021 at 9:30 a.m., (ECF No. 30), is GRANTED.

    The Clerk of Court is directed to close the motion, (ECF No. 29), accordingly.


Dated: May 6, 2021
      New York, New York

                          SO ORDERED.

                         *George B. Daniels*

                        GEORGE B. DANIELS
                        United States District Judge