UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
LILOWTIE PERSAUD, *individually and on behalf of all others similarly situated*, and TULSIRAM PERSAUD, *individually and on behalf of all others similarly situated*,

      Plaintiff,

-against-

WILLIAM BARR et al.,

      Defendants.
------------------------------------x

ORDER

19 Civ. 11275 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Government's request, with Plaintiffs' consent, to extend the deadline to respond to Plaintiffs' complaint from June 18, 2021 to August 2, 2021, (ECF No. 32), is GRANTED.

The Government's request, with Plaintiffs' consent, to adjourn the initial conference from June 30, 2021 to August 11, 2021 at 9:30 a.m., (*id.*), is GRANTED.

The Clerk of Court is directed to close the letter motion, (ECF No. 32), accordingly.

Dated: June 8, 2021
   New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge